■ CLAIRE MCCORMACK, Individually and as Executor of JOSEPH W. LAMANNA, Deceased, Respondent, v UNIVERSITY OF ROCHESTER, Defendant, and WESTFALL CARDIOLOGY, LLP, et al., Appellants. (Appeal No. 1.) [48 NYS3d 921]—Appeal from an order of the Supreme Court, Monroe County (Matthew A.

Rosenbaum, J.), rendered October 27, 2015. The order denied the motion of defendants Westfall Cardiology, LLP, and Adel B. Soliman, M.D., for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, Centra, Curran and Scudder, JJ.